**United States District Court**
**District of Puerto Rico**

| | |
|---|---|
| **United States,** * | |
| **Plaintiff,** * | |
| * | **Crim. No. 20-0165-001 (RAM)** |
| **v.** * | |
| * | |
| **Jonathan Oneil Ortiz-Castrodad,** * | |
| **Defendant.** * | |
| ****************************** | |

**DEFENDANT JONATHAN ONEIL ORTIZ-CASTRODAD'S**
**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

Undersigned counsel herein hereby very respectfully will file a sentencing memorandum contemporaneously with the filing of this motion to restrict. In compliance with Standing Order No. 9 issued by Honorable Judge Aida M. Delgado-Colon, Misc. No. 03-149 (ADC), we respectfully inform that to maintain the privacy of information contained therein relevant to the defendant's sensitive and personal information that this motion using the restricted access to selected parties viewing restriction be granted. This motion to restrict is filed in compliance with Standing Order No. 9 issued by Judge Delgado-Colon, Misc. No. 03-149 (ADC).

The United States and the U.S. Probation Office shall have access to the instant motion.

Undersigned counsel in good faith truly wants to comply with this Honorable Court's instructions, directions and Orders as well as with Standing Order No. 9 issued by Judge Delgado-Colon, Misc. No. 03-149 (ADC).

**WHEREFORE**, it is respectfully requested for this Honorable Court take notice of this motion and for the request for leave to file same under restricted access be granted.

1

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk's of the Court using the CM/ECF system which will automatically send notification of such filing to the defendant and the United States.

At San Juan, Puerto Rico, this 12th day of December, 2020.

/s/Johnny Rivera-González
Johnny Rivera-González, Esq.
U.S.D.C. - P.R. Bar No. 207710
P.O. Box 192397
San Juan, Puerto Rico 00919-2397
Telephone Number: 787-470-4986
E-Mail: goodjrg@gmail.com